## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Tracie Michelle Thomas<br><br>　　Debtor(s) | Case No. 14 B 32090 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 09/02/2014.

　　2) The plan was confirmed on 12/17/2014.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/17/2014, 12/17/2014, 11/18/2015.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/06/2015.

　　5) The case was Converted on 04/11/2016.

　　6) Number of months from filing to last payment: 19.

　　7) Number of months case was pending: 22.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,390.00 |
| Less amount refunded to debtor | $700.00 |

**NET RECEIPTS:** $4,690.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,481.90 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $179.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,661.80

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accredited HOME Lender | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accredited HOME Lender | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Accredited HOME Lender | Unsecured | 4,183.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 129.32 | 129.32 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 635.00 | 623.07 | 623.07 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 1,227.11 | 1,227.11 | 0.00 | 0.00 |
| Bank of America | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,700.00 | 2,491.72 | 2,491.72 | 0.00 | 0.00 |
| Deshur Law Firm LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 900.00 | 1,831.44 | 1,831.44 | 0.00 | 0.00 |
| First Choice Loans | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| Home Loan Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| National Processing CO Equipme | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| National Processing CO. 400-49 | Unsecured | 1,302.00 | NA | NA | 0.00 | 0.00 |
| Nevada Professional Co | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 850.00 | 939.72 | 939.72 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,700.00 | 1,600.83 | 1,600.83 | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 300.00 | 300.04 | 300.04 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,015.00 | 2,089.34 | 2,089.34 | 0.00 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Roundup Funding LLC | Unsecured | 2,089.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 309,400.00 | 307,926.90 | 307,926.90 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 3,260.40 | 3,260.40 | 3,260.40 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Loan Machine | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Title Lenders | Secured | 2,200.00 | 2,792.98 | 2,200.00 | 957.71 | 70.49 |
| Title Lenders | Unsecured | NA | 0.00 | 592.98 | 0.00 | 0.00 |
| Us Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Wilshire Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $307,926.90 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,260.40 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,200.00 | $957.71 | $70.49 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$313,387.30** | **$957.71** | **$70.49** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,825.57** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,661.80 |
| Disbursements to Creditors | $1,028.20 |
| **TOTAL DISBURSEMENTS** : | **$4,690.00** |

**UST Form 101-13-FR-S (9/1/2009)**

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/27/2016                            By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**